ADC/:USAO # 2013R00858

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. _WDQ-14-0116_ |
| v. | : |
| | :    (Bank Robbery, 18 U.S.C. § 2113(a) and |
| MASTER GIDDINS | :    (f); Aiding & Abetting, 18 U.S.C. § 2; |
| | :    Conspiracy To Commit Bank Robbery, |
| | :    18 U.S.C. § 371) |
| Defendant. | : |
| | : |
| | : |

..oOo..

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland further charges:

On or about September 25, 2013, in the District of Maryland, the defendant,

### MASTER GIDDINS,

did, by force, violence, and intimidation, take from the person and presence of the employees of

the M&T Bank, 329 W. Baltimore Street, Baltimore, Maryland, a bank, the deposits of which

were then insured by the Federal Deposit Insurance Corporation, U.S. currency totaling

approximately $228.00, said currency belonging to and being in the care, custody, control,

management and possession of said bank.

18 U.S.C. §§ 2113(a), (f)
18 U.S.C. § 2

1

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

On or about September 26, 2013, in the District of Maryland, the defendant,

### MASTER GIDDINS,

did, by force, violence, and intimidation, take from the person and presence of the employees of the 1st Mariner Bank, 4800 Painters Mill Road, Baltimore, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, U.S. currency totaling approximately $3,100.00, said currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. §§ 2113(a), (f)
18 U.S.C. § 2

2

## COUNT THREE

The Grand Jury for the District of Maryland further charges:

On or about September 27, 2013, in the District of Maryland, the defendant,

### MASTER GIDDINS,

did, by force, violence, and intimidation, take from the person and presence of the employees of the Baltimore County Savings Bank, 515 Eastern Avenue, Baltimore, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, U.S. currency totaling approximately $6,771.00, said currency belonging to and being in the care, custody, control, management and possession of said bank.

18 U.S.C. §§ 2113(a), (f)
18 U.S.C. § 2

3

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

1.      From on about September 25, 2013, through and including September 27, 2013, in the District of Maryland and elsewhere, the defendant,

### MASTER GIDDINS.

and Ashley Fitz, Alexis Chandler and Czekiah Fludd, did knowingly and intentionally combine, conspire, confederate and agree together with each other and others known and unknown to the grand jury to commit bank robbery, an offense against the United States, to wit: by force, violence, and intimidation, taking from the person and presence of others in the care, custody, control, management and possession of a bank, in violation of Title 18, United States Code, Section 2113(a) and (f).

### MANNER AND MEANS OF THE CONSPIRACY

2..      It was part of this conspiracy that the defendants robbed banks in order to obtain United States currency.

3.      It was further part of this conspiracy that **MASTER GIDDINS,** Ashley Fitz and Alexis Chandler entered the banks and Czekiah Fludd waited outside the banks and drove the getaway vehicle.

4.      It was further part of the conspiracy that the defendants employed violence and verbal threats as a means to coerce tellers to turn over United States currency.

### OVERT ACTS

5.      In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Maryland and elsewhere:

4

a.     On or about September 25, 2013, the defendant **MASTER GIDDINS** and Czekiah Fludd drove to the M&T Bank, 329 W. Baltimore Street, Baltimore, Maryland.

b.     On or about September 25, 2013, **MASTER GIDDINS** entered the M&T Bank, 329 W. Baltimore Street, Baltimore, Maryland, produced a threatening note and demanded money from the tellers while Czekiah Fludd waited in the vehicle.

c.     On or about September 26, 2013, Ashley Fitz and Czekiah Fludd drove the vehicle belonging to **MASTER GIDDINS** to the 1st Mariner Bank, 4800 Painter's Mill Road, Baltimore County, Maryland.

d.     On or about September 26, 2013, Ashley Fitz entered the 1st Mariner Bank, 4800 Painter's Mill Road, Baltimore, Maryland produced a threatening note and demanded money from the tellers while Czekiah Fludd waited in the vehicle.

e.     On or about September 27, 2013, Ashley Fitz, Alexis Chandler and Czekiah Fludd drove the vehicle belonging to **MASTER GIDDINS** to the Baltimore County Savings Bank, 515 Eastern Avenue, Baltimore, Maryland.

f.     On or about September 27, 2013, Ashley Fitz and Alexis Chandler entered the Baltimore County Savings Bank, 515 Eastern Avenue, Baltimore, Maryland produced a threatening note and demanded money from the tellers, while Czekiah Fludd waited in the vehicle.

g.     Upon entering the banks, in each instance described above, **MASTER GIDDINS,** Ashley Fitz and Alexis Chandler handed the tellers notes that stated they had a bomb and using force and the threat of force and violence, demanded money from the tellers.

5

h.      In each instance described above, **MASTER GIDDINS** supplied the vehicle utilized to commit the robberies.

i.      **MASTER GIDDINS**, along with Ashley Fitz and Alexis Chandler used disguises provided by **MASTER GIDDINS** and others, including wigs and clothing, in an attempt to prevent identification and elude capture by the police.

j.      **MASTER   GIDDINS**, Czekiah Fludd, and Ashley Fitz shared in the profits they received from the bank robberies.

18 U.S.C. § 371

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Dated: March 12, 2014

6